IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01852-WJM-NYW

PHILIP A. RODRIGUEZ,

    Plaintiff,

v.

THE CITY OF BRIGHTON, COLORADO, et al.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Plaintiff's Motion for Prejudgment Interest on Judgment [72] entered by United States District Judge William J. Martínez on May 2, 2022, it is

ORDERED that judgment is entered in favor of Plaintiff and against Defendants according to the terms on the [62] Notice of Plaintiffs' Acceptance of Defendants' Offer of Judgment Pursuant to Fed. R. Civ. P. 68.

FURTHER ORDERED that this action is terminated.

This case is closed.

DATED May 2, 2022, at Denver, Colorado.

                      FOR THE COURT:

                      Jeffrey P. Colwell, Clerk

                      By:    s/H.Guerra
                               Deputy Clerk