IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01852-WJM-NYW

Philip Rodriguez

    Plaintiff,

vs

City of Brighton, Kenneth J. Kreutzer, JW Edwards, Lynn Baca, Clint Blackhurst and Mark Humbert

    Defendant.

---

## SATISFACTION OF JUDGMENT

---

Judgment was rendered in favor of the above-named __Plaintiff__

and against the above-names __Defendants__ in the above-entitled action,

on the __5th__ day of __May__, __2022__, in the sum of

__$133,000.00__ ~~and for costs~~ and the __Plaintiff__ acknowledges payment of

said judgment.

_[signature]_

Subscribed and sworn to me by __Philip Rodriguez__ above-names, this __25__ day of __July__, __2022__.

Given under by hand and notarial seal.

__12-28-2024__

My commission expires:      Notary Public _[signature: Julie Fonseca]_

JULIE FONSECA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20124080790
MY COMMISSION EXPIRES 12/28/2024